UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTURO F. PAVON,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | No. CV 16-06815-JVS (DFM)<br><br>JUDGMENT |

  Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: December 13, 2017

_____
JAMES V. SELNA
United States District Judge